SHELDON J. WARREN, No. 096668          JS-6
swarren@swarrenlaw.com
**LAW OFFICES OF SHELDON J. WARREN,**
a Professional Law Corporation
6201 E. Bay Shore Walk, 2nd Floor
Long Beach, California 90803
Telephone: 562.433.9688
Facsimile: 562.433.9711

Attorneys for Plaintiff
HEADLINE DEVELOPMENT LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEADLINE DEVELOPMENT LIMITED,<br><br>        Plaintiff,<br><br>  v.<br><br>SMFB, LLC, d/b/a SOLE BICYCLE COMPANY, a California limited liability corporation,<br><br>        Defendant. | No. CV13-06175-MMM (JEMx)<br>[Action Filed 08/22/2013]<br><br><br><br>**STIPULATION OF DISMISSAL AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br><br>**TRIAL DATE:  SEPTEMBER 9, 2014** |

**IT IS HEREBY STIPULATED** by and between the parties to this action that:

    1. The above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1)(ii).

    2. This stipulated dismissal is made pursuant to a Settlement Agreement between the parties, which provides for a lump sum payment within 10 days of execution of the Settlement Agreement and nine monthly payments thereafter.

    3. In connection with this stipulated dismissal, the parties request that

{00014646.DOC}

1 | the Court expressly retain jurisdiction over this action for purposes of enforcement
2 | of the Settlement Agreement, in the unlikely event enforcement of the Settlement
3 | Agreement is required.

5 | Dated: April 25, 2014

7 | /s/
Kintzley, Kwei Pao,
President
8 | HEADLINE DEVELOPMENT LIMITED

/s/
Sheldon J. Warren
Attorneys for Plaintiff
HEADLINE DEVELOPMENT LIMITED

9 | Dated: April_25, 2014

11 | /s/
Jimmy Standley, President
SMFB, LLC d/b/a SOLE BICYCLE
12 | COMPANY, a California limited liability
company

/s/
J. D. Barron
Attorneys for Defendant
SMFB, LLC, d/b/a SOLE BICYCLE
COMPANY, a California limited
liability company

14 | **Pursuant to the Stipulation of the parties, this Court ORDERS as follows:**

16 | 1. The above-captioned action is dismissed without prejudice.
17 | 2. This Court retains jurisdiction over the action for purposes of enforcing the Settlement Agreement between the parties, which Settlement Agreement provides for a lump sum payment within 10 days of execution of the Settlement Agreement and nine monthly payments thereafter, in the event enforcement of the Settlement Agreement becomes necessary.

22 | **IT IS SO ORDERED.**

24 | Dated:   April 29, 2014

_Margaret M. Morrow_
UNITED STATES DISTRICT COURT JUDGE

{00014646.DOC}

-2-